**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**LONNELL I. FORT**                                                                                    **PLAINTIFF**

**v.**                                          **Case No. 4:21-cv-00682-KGB**

**RUDY GUILLIANIE,** *et al.*                                                          **DEFENDANTS**

<u>**ORDER**</u>

Plaintiff Lonnell Fort, an inmate at the Pulaski County Detention Center, filed a *pro se* complaint on July 27, 2021 (Dkt. No. 2). On February 28, 2022, the Court denied as incomplete Mr. Fort's application to proceed *in forma pauperis* (Dkt. Nos. 1, 6). In the February 28, 2022, Order, the Court directed Mr. Fort either to pay the $402.00 filing fee in full or file a properly completed application to proceed *in forma pauperis* within 30 days, or by Wednesday, March 30, 2022 (Dkt. No. 5). The Court advised Mr. Fort that if he failed to comply with the Order in a timely manner the case would be dismissed without prejudice. *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas ("If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."). The Court mailed a copy of its February 28, 2022, Order to Mr. Fort at his address of record along with an *in forma pauperis* application. The letter to Mr. Fort was returned to the Court as undeliverable with the notation "No Longer Here" on the envelope (Dkt. No. 7). It appears Mr. Fort is no longer in custody at the Pulaski County Detention Center, but he failed to update his address with the Court.

As of the date of this Order, Mr. Fort has not complied with or otherwise responded to the Court's Order of February 28, 2022, and the time for doing so has passed. Accordingly, this case

is dismissed without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So ordered this 17th day of January, 2023.

Kristine G. Baker
United States District Judge